## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| In Re:<br><br>    ELIZABETH R. COLLINS<br><br>    **Debtor(s)**<br><br>LITTON LOAN SERVICING, LP<br>and<br>THE BANK OF NEW YORK<br>MELLON FKA THE BANK OF NEW<br>YORK AS SUCCESSOR TO<br>JPMORGAN CHASE BANK, N.A.,<br>AS TRUSTEE FOR THE BENEFIT<br>OF THE CERTIFICATEHOLDERS<br>OF POPULAR ABS, INC.<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES SERIES 2005-3<br><br>    **Movant(s)** | Case No. 10-50990<br><br>Chapter Seven (7)<br><br>Judge Joseph M. Scott, Jr. |

### MOTION BY SECURED CREDITOR FOR RELIEF FROM STAY AND ABANDONMENT AS TO PROPERTY COMMONLY KNOWN AS 200-202 SIMBA WAY, LEXINGTON, KY 40509

Comes now, Litton Loan Servicing, LP and The Bank of New York Mellon fka The Bank of New York as successor to JPMorgan Chase Bank, N.A., as trustee for the benefit of the certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-3 (hereinafter "Movant"), by counsel, a creditor in the above-referenced case, and moves the Court for an order granting the following:

A. Relief from the automatic stay against Real Property commonly known as 200-202 Simba Way, Lexington, KY 40509 (hereinafter "Property") pursuant to 11 U.S.C. § 362(d).

B. That the Trustee be ordered to abandon all interest in the Property pursuant to 11 U.S.C. §554(b).

C. That the Order granting relief from the automatic stay also remove the provision for the fourteen (14) day stay of said Order as permitted by Rule 4001(a)(3).

D. That the terms of the Order permit Movant to contact the Debtor by telephone or written correspondence, at its option, for the purpose of offering, providing and entering into any potential forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

**In support of its motion, Movant states as follows:**

1. The Debtor filed a petition for relief under Chapter Seven (7) of the Bankruptcy Code.

2. The trustee of the estate of the Debtor in this case is J. James Rogan.

3. Movant holds a secured and perfected claim in this case as evidenced by the Proof of Claim, Note, Mortgage and supporting documents attached hereto and incorporated herein by reference.

4. Movant is entitled to relief from the automatic stay because the interest of the Movant is not adequately protected.

5. Debtor has no equity in the Property and the Property is not necessary to an effective reorganization.

6. The Trustee should be ordered to abandon all interest in the Property because it is burdensome to the estate and it is of inconsequential value and benefit to the estate.

7. The Court is permitted to waive the fourteen (14) day stay imposed by Rule 4001 (a)(3). It should be ordered waived since the failure to waive this stay will cause further injury to the interests of Movant(s) and will not serve any legitimate interest of the Debtors. In addition, the debtors schedule calls for surrender of the collateral.

8. The Movant should be permitted to contact the Debtor for the limited purpose of

informing the Debtor of loss mitigation options that might be available since this information might allow the Debtor to take action to modify the terms of the account, save the collateral for the benefit of the Debtors, or otherwise arrange for a more satisfactory transfer of the collateral back to Movant.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order in accordance with the requests set forth above.

                                      Respectfully submitted,

                                      **Nielson & Sherry, PSC**

                                      /s/Blaine J Edmonds III
                                      Blaine J Edmonds III, (KBA# 90859)
                                      Amanda V. Green, (KBA# 89778)
                                      NS# C1000527
                                      Nielson & Sherry, PSC
                                      639 Washington Avenue
                                      Newport, KY 41071
                                      Phone: 859-655-8460
                                      Fax: 859-655-8461
                                      Email: Bankruptcy@nsattorneys.com

## NOTICE

**Please take notice that parties in interest shall have Fifteen (15) days from the date of this motion within which to file a response to the motion and a request for and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on this ___9___ day of April, 2010.

/s/Blaine J Edmonds III
Blaine J Edmonds III, (KBA# 90859)

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

ELIZABETH R. COLLINS
350 E SHORT ST UNIT 230
LEXINGTON, KY 40507-1590