BK1003098
SAB

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 10-50990 |
| |Elizabeth R. Collins | Chapter 7 |
| Debtor | Judge Scott Jr. |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2006-2F, BY AND THROUGH WELLS FARGO BANK, N.A. ITS SERVICER (PROPERTY ADDRESS: 684 GRAFTONS MILL LANE, LEXINGTON, KY 40509)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, US Bank National Association, as Trustee for GSR 2006-2F, by and through Wells Fargo Bank, N.A. its servicer, and it appearing to the Court that the debtor, Debtor's counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

1

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c),
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Elizabeth R. Collins  - Debtor
350 E. Short Street, #230
Lexington, KY 40507
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Craig Gordon  - Intrested Party
684 Graftons Mill Lane
Lexington, KY 40509
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Joel K Jensen  - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
VIA ELECTRONIC SERVICE

Hon. J. D. Kermode  - Attorney for Debtor
1608 Harrodsburg Rd.
Lexington, KY 40504
VIA ELECTRONIC SERVICE

Ocwen Loan Serivcing, LLC  - Creditor
P.O. Box 6440
Carol Stream, IL
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE

J. James Rogan  - Trustee
345 South 4th Street
Danville, KY 40422
VIA ELECTRONIC SERVICE

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

3

COPIES TO:

Elizabeth R. Collins - Debtor
350 E. Short Street, #230
Lexington, KY 40507
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Craig Gordon - Intrested Party
684 Graftons Mill Lane
Lexington, KY 40509
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Joel K Jensen - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
VIA ELECTRONIC SERVICE

Hon. J. D. Kermode - Attorney for Debtor
1608 Harrodsburg Rd.
Lexington, KY 40504
VIA ELECTRONIC SERVICE

Ocwen Loan Serivcing, LLC - Creditor
P.O. Box 6440
Carol Stream, IL
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE

J. James Rogan - Trustee
345 South 4th Street
Danville, KY 40422
VIA ELECTRONIC SERVICE

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

4

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Friday, October 22, 2010**
**(jms)**